# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1202

———————————————

WALLACE D. SPIKE,

Appellant,

v.

SCHNEIDER NATIONAL CARRIER,
INC./SEDGWICK CMS,

Appellees.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
William R. Holley, Judge.

Date of Accident:  February 9, 2022.

January 9, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Wallace D. Spike, pro se, Appellant.

Jennifer Haley-Gleason and Keir D. Edwards of Carr Allison, Tallahassee, for Appellees.